**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>       Plaintiff,<br><br>v.<br><br>BRIGHT CELLARS INC.,<br><br>       Defendant. | Case No. 1:21-cv-10442-MBB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros voluntarily dismisses all claims alleged in the case, *Giannaros v. Bright Cellars Inc.*, No. 1:21-cv-10422, with prejudice, and with each party bearing his and its own costs. Defendant Bright Cellars Inc. has not filed a responsive pleading such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

Dated: June 30, 2021                Respectfully Submitted,

*/s/ Jason M. Leviton*
Jason M. Leviton (BBO# 678331)
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
Phone: (617) 398-5600
jason@blockesq.com

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: June 30, 2021 /s/ *Jason M. Leviton*

Jason M. Leviton